NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0538

STATE OF LOUISIANA

VERSUS

RONNIE T. SHELTON, JR.

**********

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. CR242-2002
HONORABLE STUART S. KAY JR., DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

David W. Burton
District Attorney
36th Judicial District Court
P. O. Box 99
DeRidder, LA 70634
(337) 463-5578
Counsel for Plaintiff/Appellee:
    State of Louisiana

**David L. Wallace**
**Attorney at Law**
**P. O. Box 489**
**DeRidder, LA 70634**
**(337) 462-0473**
**Counsel for Defendant/Appellant:**
    **Ronnie T. Shelton, Jr.**


**Ronnie T. Shelton, Jr.**
**Pro Se**
**2294 Slagle Rd.**
**Leesville, LA 71446**